1  **LAQUER URBAN CLIFFORD & HODGE LLP**
   Susan Graham Lovelace, State Bar No. 160913
2     Email:  Lovelace@luch.com
   Michael Y. Jung, State Bar No. 245260
3     Email: Jung@luch.com
   225 South Lake Avenue, Suite 200
4  Pasadena, California 91101-3030
   Telephone: (626) 449-1882
5  Facsimile:  (626) 449-1958

6  Counsel for Plaintiffs, Trustees of the
   Operating Engineers Pension Trust, et al.
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, | Case No. 5:21−cv−00492−JWH−SHK
   |   | Assigned to the Honorable John W. Holcomb
   |   | **STIPULATION FOR ENTRY OF JUDGMENT**
   | Plaintiffs, |
   | v. |
   | TRISTAN GENERAL ENGINEERING, CORPORATION, a California corporation, |
   | Defendant. |

(Line numbers 11–24 contain the caption table above; lines 25–28 blank.)

---
                    1
         **STIPULATION FOR ENTRY OF JUDGMENT**
1549334

TO THE HONORABLE JOHN W. HOLCOMB, UNITED STATES DISTRICT COURT JUDGE:

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, and Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund (collectively, the "Trustees") and Defendant, Tristan General Engineering, Inc., a California corporation ("Defendant"), that subject to the approval of the Court:

1. With regard to the claims raised by Trustees in the within lawsuit, Defendant is liable to the Trustees for the amount of $55,956.43.

2. Judgment shall be entered against Defendant, and in favor of Trustees, in the amount of $55,956.43, plus pre-judgment and post-judgment interest calculated at 8% per annum from May 15, 2021, until paid in full, in the form attached hereto as **Exhibit 1**.

**IT IS SO STIPULATED:**

DATED: June 15, 2021    LAQUER, URBAN, CLIFFORD & HODGE LLP

By: */s/ Michael Y. Jung*
Michael Y. Jung, Attorney for Plaintiffs Trustees of the Operating Engineers Pension Trust, et al.

DATED: June 15, 2021    TRISTAN GENERAL ENGINEERING, INC.

By: David Tristan
David Tristan, Secretary/Chief Financial Officer of Defendant Tristan General Engineering Corporation