JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>Plaintiffs,<br><br>v.<br><br>TRISTAN GENERAL ENGINEERING, CORPORATION, a California corporation,<br><br>Defendant. | Case No. 5:21−cv−00492−JWH−SHKx<br><br>Assigned to the Honorable John W. Holcomb<br><br>**JUDGMENT** |

This action having been commenced on March 22, 2021, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendant, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, and Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund, shall recover from Defendant, Tristan General Engineering Corporation, a California corporation, the principal amount of $55,956.43, plus pre-judgment and post-judgment interest thereon at the rate of 8% per annum from May 15, 2021, until paid in full.

**IT IS SO ORDERED.**

Dated: June 22, 2021

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE