**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar No. 207387
 Email: *Decker@luch.com*
200 South Los Robles Avenue, Suite 500
Pasadena, California 91101-2432
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>             Plaintiffs,<br><br>    vs.<br><br>TRISTAN GENERAL ENGINEERING CORPORATION, a California corporation,<br><br>             Defendant. | CASE NO.: 5:21-cv-00492-JWH-SHKx<br><br>ASSIGNED TO THE HONORABLE JOHN W. HOLCOMB<br><br>**FULL SATISFACTION OF JUDGMENT** |

Judgment Creditors, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund, hereby acknowledge full satisfaction of the Judgment entered in the above-entitled action on June 23, 2021, in favor of the Judgment Creditors, whose address is 100 Corson Street, Pasadena, CA 91103, and against Judgment Debtor, Tristan General Engineering Corporation, a California corporation, whose last known address is 30724 Benton Road, Suite C-302 #589, Winchester, CA 92596.  Said Judgment has been paid to the satisfaction of the Judgment Creditors.  The Clerk of the above-entitled Court is hereby authorized and requested to enter full satisfaction of said Judgment.

DATED: February 25, 2022     LAQUER, URBAN, CLIFFORD & HODGE LLP

By: */s/ Marija Kristich Decker*
    Marija Kristich Decker, Counsel for
    Plaintiffs, Trustees of the Operating
    Engineers Pension Trust, et al.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 200 South Los Robles, Suite 500, Pasadena, California 91101-2432.

On February 25, 2022, I served the foregoing document(s) described below:

**FULL SATISFACTION OF JUDGMENT**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

Tristan General Engineering Corporation     *Defendant*
30724 Benton Road, Suite C-302 #589
Winchester, CA 92596

XXX (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on February 25, 2022, at Pasadena, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

*/s/ Cheryl Roberts*
Cheryl Roberts

1612858

PROOF OF SERVICE